## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ORLANDO BETHEL, et al.,              :

     Plaintiffs,                          :

vs.                                   : CA 06-0223-KD-C

THE BALDWIN COUNTY BOARD     :
OF EDUCATION, et al.,

     Defendants.                          :

## ORDER

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, the recommendation of the Magistrate Judge

made under 28 U.S.C. § 636(b)(3) and dated October 10, 2008, is

**ADOPTED** as the opinion of this court.[1]   Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the plaintiff's motion is

due to be, and hereby is, **DENIED**.

DONE this 16th day of October 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Delegations to a magistrate judge pursuant to U.S.C. § 636(b)(3) do not carry with them the requirements of § 636(b)(1) or § 636(b)(1)(C), and so there is no ten day waiting period for the appeal process. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998) (per curiam). *See also United States v. Brumer*, 528 F.3d 157, 160 (2nd Cir. 2008).